**U.S. DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| JIMMY GARREY, an individual,<br><br>　　　　Plaintiff<br>　vs.<br><br>CITY LOAN, a business entity, form unknown,<br><br>　　　　Defendants. | Case No.: 8:16-cv-00708-DOC-DFM<br><br>Hon. David O. Carter<br><br>ORDER UPON JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE [20] |

　　　Pursuant to the joint motion of the parties, this matter is hereby dismissed in its entirety, with prejudice. Each party is to bear its own costs and attorneys' fees.

Dated: November 18, 2016　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: _/s/ David O. Carter_____

　　　　　　　　　　　　　　　　　　The Honorable Judge of the
　　　　　　　　　　　　　　　　　　U.S. District Court

---

1

**ORDER UPON JOINT MOTION FOR DISMISSAL**